JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGAR SUCHITE,

               Petitioner,

    v.

W. L. MONTGOMERY, Warden,

               Respondent.

Case No.  CV 15-8587-JFW (KES)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  January 10, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE